NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

**v.**

**ESPEED, INC., ESPEED INTERNATIONAL LTD., ECCO LLC, and ECCOWARE LTD.,**
*Defendants-Appellants.*

---

2011-1424

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5312, Judge Robert M. Dow, Jr.

---

## JUDGMENT

---

LEIF R. SIGMOND, JR., McDonnell Boehnen Hulbert & Berghoff LLP, of Chicago, Illinois, argued for plaintiff-appellee. With him on the brief were MICHAEL D. GANNON, and PAUL A. KAFADAR. Of counsel on the brief was STEVEN F. BORSAND, Trading Technologies International, Inc., of Chicago, Illinois.

GARY A. ROSEN, Law Offices of Gary A. Rosen, P.C., of Ardmore, Pennsylvania, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LOURIE and Wallach, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 6, 2012                         /s/ Jan Horbaly
Date                                  Jan Horbaly
                                        Clerk